OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

for the

**MIDDLE DISTRICT of PENNSYLVANIA**

William J. Nealon Federal Bldg. & U.S. Courthouse

235 North Washington Avenue

P.O. Box 1148

Scranton, PA 18501-1148

*Maria E. Elkins*
*Clerk of Court*

(570) 207-5600   FAX (570) 207-5650

Internet address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

October 17, 2014

Stephen G. Conklin
22 Mairdale Avenue
Pittsburgh, PA 15214

Re: 13CV3058 Conklin vs. Kane

FILED
SCRANTON

OCT 21 2014

PER _____
DEPUTY CLERK

Dear Mr. Conklin:

    This letter is in response to your letter of October 7, 2014, docketed at entry # 37 in the above captioned case and addressed to Clerk Elkins. She has asked me to look into this matter and to respond to your letter.

    You are correct, there are documents that you should have received from us and did not. My investigation shows that you did not receive the following documents that you should have.

    (A) August 22, 2014 document #24 Order.
    (C) September 5, 2014 documents #28 and #29 Memorandum and Order.

These were not purposely with held from you but on both Fridays when these documents were filed the person who usually mails the documents was on leave. Others were filling in for that person and they missed you. We apologize for that. It won't happen again.

You also did not receive other documents.

    (B) September 3, 2014 document # 27 Transcript.
    (D) September 8, 2014 document # 30 Transcript.

Both of these documents are the same transcript of your telephone conference of August 26, 2014. Transcripts are not documents that we would send to a litigant unless someone requested a copy of one.

    Our investigation shows that (E) September 9, 2014 document #31 was mailed to you on September 9, 2014. But that was the wrong document. It has since been deleted from your case.

Conklin- page 2

I did review this whole matter with our Harrisburg Office, in particular our Deputy in Charge, Peter Welsh. (You refer to him as an "unknown someone.") He was there when you were filing your appeals. He did not observe anyone getting "terse." Also when they were telling you, the documents were sent to you they were quoting from the docket that showed they were sent on the Notice of Electronic Filing. My review of these records was not from the docket but from the program that produces the label for you and the document being noticed. They did not have the access that I have to do this. They were only going by the docket. Be that as it may, we will provide you with a copy of the Order you requested

Your Letter Brief was not on the docket. However, after talking with chambers they supplied me with a copy that was received by the Harrisburg office on September 3, 2014 and forwarded to chambers. Chambers was unaware that your Letter Brief was not docketed. I have since had it docketed as of September 3, 2014.

There is an entry on your docket involving a Michael J. Costello. That document is in error. We will remove document #31 from your record. We apologize for that.

We did make some mistakes with your docket. We have corrected them. I am enclosing the copies of the documents that you requested. I also include an updated copy of your docket. We apologize for the errors and omissions and promise to be much more diligent in the future handling of these matters.

Sincerely yours

Kevin T. Calpin, Operations Manager

cc Maria E. Elkins, Clerk